# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VERONICA NIXON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-24-928-D |
| DOUG LINEHAN, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 4], in its entirety.

For the reasons stated therein, Plaintiff's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] is **DENIED.** If Plaintiff's filing fee is not received by the Clerk of the Court on or before October 21, 2024, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 30th day of September, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge