IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VERONICA NIXON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-24-928-D |
| MARESSA TREAT, *et al.*, | ) |
| Defendants. | ) |

# **ORDER**

Plaintiff Veronica Nixon, appearing *pro se*, alleges in her complaint that she sued the federal government in 2017; the government has partnerships with the Oklahoma County Commissioner; upon settling, a district judge of this Court stole Plaintiff's settlement; and the "landmark director over Oklahoma property" filed taxes and stole $100,000.00 in federal property tax for her election campaign [Doc. No. 1, at 4-8]. Although Plaintiff's allegations are largely unintelligible, it appears that this action includes the same claims that are alleged in another, earlier-filed action, captioned *Veronica Nixon v. Nancy A. Berryhill, et al.*, Case No. CIV-24-927-D. Sharing overlapping defendants[1] and substantively identical claims, Plaintiff's complaint in this case appears to duplicate Plaintiff's complaint in Case No. CIV-24-927-D. *See Ford v. Mischeviz*, 68 F.

---

[1] In Case No. CIV-24-927-D, Plaintiff filed suit against District Judge Scott Palk; Nancy A. Berryhill (former acting commissioner of the Social Security Administration); Carrie Blumert (former Oklahoma County Commissioner); and the Social Security Administration. In the present case, the defendants are District Judge Scott Palk; Martin O'Malley (current commissioner of the Social Security Administration); Maressa Treat (Oklahoma County Clerk); and Doug Linehan (director of the Oklahoma Tax Commission).

1

App'x 877, at *1 (10th Cir. 2003) (unpublished) ("The district court did not abuse its discretion in dismissing the instant case. … The cause of action raised in the instant case is the same as that raised in the other pending lawsuit, and several of the defendants overlap.").

**IT IS THEREFORE ORDERED** that Plaintiff is ordered to show cause, within 21 days of this Order, why the Court should not dismiss this case in order to proceed only with Case No. CIV-24-927-D. Plaintiff's failure to respond may result in the dismissal of this action without further notice to Plaintiff. Further, Plaintiff is reminded that she may amend her complaint in CIV-24-927-D to include all defendants she wishes to name.

**IT IS SO ORDERED** this 25th day of October, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge